TAXTER, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 21, 1899.) Action by Julia Taxter against the Nassau Electric Railroad Company. No opinion. Judgment affirmed, with costs.